IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH ARMATTA** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL NO.: 1:13cv456-HSO-RHW** |
| | § | |
| **PATRICK DONAHOE, Postmaster General, United States Postal Service** | § § § | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

This matter came before the Court *sua sponte* based on Plaintiff Elizabeth Armatta's failure to timely serve process and failure to respond to this Court's Order to Show Cause Why Case Should Not Be Dismissed for Plaintiff's Failure to Timely Serve Process [2]. After considering the record and relevant legal authorities and as more fully explained in the Court's Order Dismissing Plaintiff's Complaint Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure [3], the Court finds that this civil action should be dismissed without prejudice.

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of November, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE